No. 92–484.  UNITED STATES NATIONAL BANK OF OREGON *v.*
INDEPENDENT INSURANCE AGENTS OF AMERICA, INC., ET AL.;
and

No. 92–507. STEINBRINK, ACTING COMPTROLLER OF THE CURRENCY, ET AL. *v.* INDEPENDENT INSURANCE AGENTS OF AMERICA, INC., ET AL. C. A. D. C. Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 293 U. S. App. D. C. 403, 955 F. 2d 731.